**IN THE SUPREME COURT OF TENNESSEE**
**AT KNOXVILLE**

JAMES DAVID CARTER, )
)
     Appellant, )  Greene County
)
Vs. )
)
STATE OF TENNESSEE, )
)
     Appellee. )
)  Appeal No.
)  03-S01-9612-CR-00119
)

FILED

December 15, 1997

Cecil Crowson, Jr.
Appellate Court Clerk

---

## ORDER ON PETITION TO REHEAR

Upon consideration of the petition to rehear filed by the appellee, James David Carter, and the State's response thereto, this Court is of the opinion that the petition should be and the same is hereby denied.

PER CURIAM